IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-15-RPM-PAC

CABELA'S, INC., a Delaware corporation,

Plaintiff,

v.

BASS PRO OUTDOOR WORLD, LLC, a Missouri limited liability company,

Defendant.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 0 1 2006

GREGORY C. LANGHAM
CLERK

## ORDER OF DISMISSAL

UPON CONSIDERATION OF the Stipulated Motion for Dismissal with Prejudice filed by plaintiff Cabela's, Inc. and defendant Bass Pro Outdoor World, LLC, and being fully advised in the premises,

IT IS HEREBY ORDERED that said motion is hereby GRANTED, and that this action is hereby dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

Dated: March 1, 2006

RICHARD P. MATSCH
United States District Judge